UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>MARCOS AUGUSTO LIRIANO )<br>a/k/a JOSE ANGEL PACHECO, )<br>)<br>Defendant. ) | Case No. 10-40017-MC |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Carmen M. Ortiz, U.S. Attorney, and Karin M. Bell, Assistant U.S. Attorney, hereby moves the Court for an Order, pursuant to 18 U.S.C. 3161(b), that extends the time within which an indictment or information must be filed in the above-captioned case until September 1, 2010.

In support of the motion the government states as follows:

1. Mr. Liriano is charged by a criminal complaint with making a false statement on a passport application, in violation of 18 U.S.C. § 1542.

2. Mr. Liriano initially appeared on June 16, 2010. At that time, the government moved for detention and informed the Court that the Department of Homeland Security, Immigration and Customs Enforcement had issued a detainer for the defendant. The Court set a detention hearing for June 21, 2010. On June 21, 2010, the defendant waived his right to a detention hearing (without prejudice) and agreed to be detained.

3. The parties are in the process of attempting to resolve this case by way of a plea to an information. Additional investigation regarding the defendant's background is necessary before the parties can determine if such resolution is possible.

      4.      The government has not previously sought to enlarge the time in which an indictment or information must be filed.

      5.      The government has consulted with defense counsel who does not oppose this request.

      6.      The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

Accordingly, the government asks the Court to enter an Order, pursuant to 18 U.S.C. 3161(b), that extends the time within which an indictment or information must be filed in the above-captioned case until <u>September 1, 2010</u>.

                                          Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          UNITED STATES ATTORNEY

                    By:    <u>/s/ Karin M. Bell</u>
                                Karin M. Bell
                                Assistant U.S. Attorney

Dated: June 30, 2010

CERTIFICATE OF SERVICE

    This is to certify that I have served Oscar Cruz, Esquire an electronic copy of the foregoing document by CM-ECF.

                                  /s/ Karin M. Bell
                                  Karin M. Bell
                                  Assistant U.S. Attorney

Dated: June 30, 2010